1  Alejandro E. Figueroa
2  alejandrof@sulaimanlaw.com
   SULAIMAN LAW GROUP
3  2500 South Highland Avenue, Suite 200
   Lombard, Illinois 6048
4  Telephone: (630) 568-8181
   Facsimile: (630) 575-8188
5  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Robert W. Cooper, | Case No. 4:21-cv-00286-SHR |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| Valor Intelligent Processing, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that Robert W. Cooper ("Plaintiff"), hereby notifies the Court that the Plaintiff and the Defendant, Valor Intelligent Processing, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose filing a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 14th day of January 2022.

                                            Respectfully submitted,

                                            By: */s/ Alejandro E. Figueroa*
                                              *Admitted Pro Hac Vice*
                                              Alejandro E. Figueroa
                                              Sulaiman Law Group, Ltd.

2500 S. Highland Avenue, Ste. 200<br>
Lombard, IL 60148<br>
Telephone: (630) 568-8181<br>
Facsimile: (630) 575-8188<br>
alejandrof@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<em>/s/ Alejandro E. Figueroa</em><br>
Alejandro E. Figueroa