# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert W Cooper, | No. CV-21-00286-TUC-SHR |
| Plaintiff, | **Order Dismissing Case Per Stipulation** |
| v. | |
| Valor Intelligent Processing LLC, | |
| Defendant. | |

Having reviewed the parties' "Agreed Stipulation of Dismissal with Prejudice" (Doc. 18), and good cause appearing,

**IT IS ORDERED** that this case is DISMISSED with prejudice, with each party to bear their own costs and attorney fees.

**IT IS FURTHER ORDERED** the Clerk of Court is directed to close this action.

Dated this 21st day of April, 2022.

Honorable Scott H. Rash
United States District Judge